UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DALE SCOGGINS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIVE COMMUNITY CAPITAL,<br><br>    Defendant. | No. 1:23-CV-193-H |

# **ORDER**

On November 6, 2023, the Court ordered the parties in this case to confer and to file a joint report detailing the proposed contents for a scheduling order. Dkt. No. 5. Shortly thereafter, the plaintiffs filed a notice of nonsuit. Dkt. No. 6. After construing that notice as a motion for voluntary dismissal, the Court denied the motion because it did not comply with Federal Rule of Civil Procedure 41. Dkt. No. 7; *see also* Fed. R. Civ. P. 41(a). Subsequently, the plaintiffs failed to comply with the Court's scheduling conference order. The defendant attempted to fulfill its obligations under the Court's Order (Dkt. No. 5) by filing a solo report (Dkt. No. 11). In that filing, the defendant detailed various efforts to contact the plaintiffs' counsel that were unsuccessful. *Id.* at 1.

Because of the plaintiffs' failure to comply with the Court's scheduling conference order (Dkt. No. 5), the Court further ordered the plaintiffs to show cause as to why they should not be sanctioned for their refusal to participate in the joint scheduling conference, setting a response deadline of December 15, 2023. Dkt. No. 12. That deadline has come and gone, and the plaintiffs still have not complied with this Court's previous Orders. In light of the plaintiffs' failure to comply with court orders and to otherwise prosecute this case, and pursuant to Federal Rule of Civil Procedure 41(b), the Court hereby dismisses this

– 2 –

action without prejudice to it being refiled.  *See Boudwin v. Graystone Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962)).

Further, in light of the plaintiffs' refusal to comply with this Court's Orders, the plaintiffs' counsel, W. Tim Ladyman, is hereby ordered to appear at a hearing regarding the Court's show cause order (Dkt. No. 12) and the plaintiffs' repeated failure to comply with court orders.  That hearing is set for the Court's civil docket on February 7, 2024, at 10:00 am, in the United States District Court, Courtroom C-216, 1205 Texas Avenue, Lubbock, TX 79401.  Defense counsel may, but is not required, to attend the hearing.  The Court notes that, even though this case is dismissed for want of prosecution, it still retains jurisdiction over any potential sanctions it may impose.  *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395–96 (1990).

So ordered on January 9, 2024.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE